```
                                                    FILED
                                                    December 10, 2010
          UNITED STATES DISTRICT COURT              CLERK, US DISTRICT COURT
                                                    EASTERN DISTRICT OF
                                                    CALIFORNIA
     FOR THE EASTERN DISTRICT OF CALIFORNIA         DEPUTY CLERK
```

UNITED STATES OF AMERICA,          )
                                   )        CASE NUMBER: 2:10mj00353 EFB
              Plaintiff,           )
                                   )
v.                                 )            ORDER FOR RELEASE
                                   )           OF PERSON IN CUSTODY
PHILLIP E. BROWN,                  )
                                   )
              Defendant.           )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release _Phillip E. Brown_; Case_2:10mj00353 EFB_

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

     X      Release on Personal Recognizance

     _      Bail Posted in the Sum of _____

     _      Unsecured Appearance Bond in the amount of $

     _      Appearance Bond with 10% Deposit

     _      Appearance Bond secured by Real Property

     _      Corporate Surety Bail Bond

     X      (Other) Pretrial Supervision/Conditions. As stated on the record
                     Probation

Issued at _Sacramento, CA_ on _12/10/2010_ at _3:30pm_ –

By _____
                Edmund F. Brennan
                United States Magistrate Judge